No. 04A252 (04–385). STERN *v.* UNITED STATES. C. A. 1st Cir. Application for bail, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 04A255. GRAVES *v.* SCHROEDER, JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 04M15. JOYNER *v.* NEWS JOURNAL ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 128, Orig. ALASKA *v.* UNITED STATES. Motion of Alaska for leave to file a surreply denied. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g.,* 541 U. S. 1061.]

No. 02–1672. JACKSON *v.* BIRMINGHAM BOARD OF EDUCATION. C. A. 11th Cir. [Certiorari granted, 542 U. S. 903.] Motion of Alabama et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted. The time is divided as follows: 20 minutes to respondent and 10 minutes to Alabama et al. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–710. DEVENPECK ET AL. *v.* ALFORD. C. A. 9th Cir. [Certiorari granted, 541 U. S. 987.] Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 03–855. CITY OF SHERRILL, NEW YORK *v.* ONEIDA INDIAN NATION OF NEW YORK ET AL. C. A. 2d Cir. [Certiorari granted, 542 U. S. 936.] Motion of New York for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–923. ILLINOIS *v.* CABALLES. Sup. Ct. Ill. [Certiorari granted, 541 U. S. 972.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 03–1116. GRANHOLM, GOVERNOR OF MICHIGAN, ET AL. *v.* HEALD ET AL. C. A. 6th Cir.;

No. 03–1120. MICHIGAN BEER & WINE WHOLESALERS ASSN. *v.* HEALD ET AL. C. A. 6th Cir.; and

No. 03–1274. SWEDENBURG ET AL. *v.* KELLY, CHAIRMAN, NEW YORK DIVISION OF ALCOHOLIC BEVERAGE CONTROL, STATE LIQUOR AUTHORITY, ET AL. C. A. 2d Cir. [Certiorari granted, 541 U. S. 1062.] Motion to reorder presentation of oral argument and for divided argument granted.

No. 03–1423. MUEHLER ET AL. *v.* MENA. C. A. 9th Cir. [Certiorari granted, 542 U. S. 903.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–293. HONEYWELL INTERNATIONAL INC. ET AL. *v.* HAMILTON SUNDSTRAND CORP. C. A. Fed. Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 04–5990. WAYNE *v.* SANTA CLARA VALLEY TRANSPORTATION AUTHORITY. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 22, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–6568. IN RE CAMPBELL;

No. 04–6591. IN RE HAWKINS;

No. 04–6599. IN RE PRETEL GOMEZ;

No. 04–6640. IN RE SHORTER;

No. 04–6674. IN RE DURAN ESPINOZA;

No. 04–6721. IN RE GREEN; and

No. 04–6745. IN RE WEINSTEIN. Petitions for writs of habeas corpus denied.

No. 04–6639. IN RE ROLLER. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 04–6027. IN RE YOUNG;

No. 04–6073. IN RE NORMAN; and

No. 04–6152. IN RE WALTERS. Petitions for writs of mandamus denied.